IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MARIE WOODWARD and ANDREW J. MINKEWICZ, on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | Civil Action File |
| v. | : : | No. 4:14-cv-00078-HLM-WEJ |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : : : : | |
| Defendant. | : : | |

**ALTERNATIVE MOTION FOR LEAVE TO
AMEND CLASS ACTION COMPLAINT**

COME NOW MARIE WOODWARD and ANDREW J. MINKEWICZ, before trial and within 21 days of Defendant's filing its Motion to [inter alia] Dismiss Class Action Claims [10], and pursuant to Fed.R.Civ.P. 15(a)(1)(B),[1] and respectfully show the Court that the First Amended Class Action Complaint is timely and properly filed as a matter of course in the present action.

---

[1] "Amending as a Matter of Course. A party may amend its pleading once as a matter of course within: . . . (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed.R.Civ.P. 15(a)(1)(B) (Amendments Before Trial).

In the alternative, COME NOW MARIE WOODWARD and ANDREW J. MINKEWICZ, pursuant to Fed.R.Civ.P. 15(a)(2),[2] 20(a)(1),[3] and 21,[4] and respectfully requests leave to amend the Complaint as set forth in the First Amended Class Action Complaint.

The original plaintiff MARIE WOODWARD brought this action against PORTFOLIO RECOVERY ASSOCIATES, LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., for altering the Georgia statutory form summons for Magistrate Court in a manner designed to deprive consumers of important information for defending cases and to falsely impose burdens on consumers that the Georgia General Assembly has decided should not be imposed on defendants in Magistrate Courts.  Subsequent to the filing of the initial complaint in this action, Plaintiff ANDREW J. MINKEWICZ was served

---

[2] "Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2).

[3] "Persons may join in one action as plaintiffs if:  (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all plaintiffs will arise in the action." Fed.R.Civ.P. 20(a)(1).

[4] ". . . On motion or on its own, the court may at any time, on just terms, add or drop a party. . . ." Fed.R.Civ.P. 21.

with the defective summons and eventually retained Plaintiff's counsel to represent him in this matter.

Accordingly, in the first alternative, Plaintiffs WOODWARD and MINKEWICZ request that the Court recognize that the First Amended Class Action Complaint properly filed as a matter of course within the meaning of Fed.R.Civ.P. 15(a)(1).

In the second alternative, Plaintiffs WOODWARD and MINKEWICZ request that the Court grant this alternative motion to amend the Complaint in this action pursuant to Fed.R.Civ.P. 15(a)(2), 20(a)(1) and 21, showing the court that Plaintiffs WOODWARD and MINKEWICZ assert the same rights governed by the same laws with respect to the same occurrence (i.e., PRA's use of the same defective summons).  Accordingly, the Court should "freely give leave [inasmuch as] justice so requires," Fed.R.Civ.P. 15(a)(2) and "on just terms, add . . . a party" [to wit: plaintiff MINKEWICZ].  Fed.R.Civ.P. 21.

**CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.**

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x]    Times New Roman, 14 point; or

[ ]     Courier New, 12 point.

Respectfully submitted,

                              **SKAAR & FEAGLE, LLP**

                              /s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
770 / 427-5600
404 / 601-1855 fax


James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax

ATTORNEYS FOR PLAINTIFFS